UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:                                    )              BK No.:   15-33997
Jabbar Goodson                            )
                                          )              Chapter: 13
                                          )
                                          )              Honorable Pamela S. Hollis
                                          )
                                          )
                 Debtor(s)                )

## ORDER GRANTING MOTION TO OBTAIN  POSTPETITION CREDIT

THIS MATTER coming to be heard on the Debtor's MOTION TO OBTAIN POSTPETITION
CREDIT, this Court having jurisdiction and due notice being given all parties in interest,  IT IS
HEREBY ORDERED AS FOLLOWS

> The Debtor is permitted to finance a 2012 Kia Optima (or similar vehicle), and
> The total amount financed must be $14,383.94 or less;
> The APR must be 26.41 or less; and
> The total monthly payment must be 72 payments of $400.00 or less

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  September 14, 2016

**Prepared by:**

Dale Riley
Geraci Law LLC
55 E. Monroe St., Ste. 3400
Chicago, IL 60603