UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>Jabbar Goodson<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  15-33997<br><br>Chapter:  13<br>Honorable LaShonda Hunt |

**ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN**

THIS MATTER coming to be heard on the MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED AS FOLLOWS:

1. Arrears are deferred to the end of the plan term.

Enter: *[signature: LaShonda A. Hunt]*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  February 25, 2019

**Prepared by:**

Dale Riley
Geraci Law LLC
55 E. Monroe, Ste. 3400
Chicago, IL 60603