# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | Case No:   15-33997 |
|    **Jabbar Goodson** | ) | |
|        Debtor | ) | Chapter:   Chapter 13 |
| | ) | |
| | ) | Judge:    LaShonda A. Hunt |

## NOTICE OF MOTION

**To:**   Jabbar Goodson, 4042 216th St. Apt 1E, Matteson, IL, 60443

Marilyn O. Marshall, 224 S. Michigan Ave. #800, Chicago, IL, 60604

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on **June 17, 2019 at 9:30 a.m.** I shall appear before the Honorable Judge **LaShonda A. Hunt** at 219 S. Dearborn St. # 719, Chicago IL 60604and then and there present the attached **MOTION TO MODIFY CONFIRMED PLAN**, a copy of which is attached hereto.

**By:**   */s/ Dale Riley*
Dale Riley

## CERTIFICATE OF SERVICE

I, Dale Riley, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, for 55 E. Monroe, Suite 3400, Chicago, Illinois, on 5/23/2019.

**By:**   */s/Dale Riley*
Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):  877.247.1960

Central Park Apartments

12304 Baltimore Ave
Ste E
Beltsville MD 20705

Fair Collections & Outsourcing
Bankruptcy Dept.
12304 Baltimore Ave., Ste. E
Beltsville MD 20705

City of Chicago Bureau Parking
Department of Revenue
PO Box 88292
Chicago IL 60680

Arnold Scott Harris PC
Bankruptcy Dept.
111 W. Jackson Blvd., Ste. 600
Chicago IL 60604

Secretary of State
Bankruptcy Dept.
2701 S. Dirksen Pkwy.
Springfield IL 62723

DEPT OF EDUCATION/NELN
Attn: Bankruptcy Dept.
121 S 13Th St
Lincoln NE 68508

IDES
Bankruptcy Department
33 S. State Street
8th Floor
Chicago IL 60603

Andrew Dryjanksi
Assistant Attorney General
33 S State St #992
Chicago IL 60603

Illinois State Toll Hwy Auth
Attn: Legal Dept - Bob Lane
2700 Ogden Ave.
Downers Grove IL 60515-1703

Linebarger Goggan Blair &
Bankruptcy Dept.
PO Box 06152
Chicago IL 60606-0152

IRS Priority Debt
Bankruptcy Dept.
PO Box 7346
Philadelphia PA 19101

Springleaf Financial S
Attn: Bankruptcy Dept.
9632 S Cicero Ave
Oak Lawn IL 60453

Village of Matteson
Bankruptcy Department
4900 Village Commons
Matteson IL 60443

Municipal Coll. of America
Bankruptcy Dept.
3348 Ridge Rd.
Lansing IL 60438

Linebarger Goggan Blair &
Bankruptcy Dept.
PO Box 06152
Chicago IL 60606-0152

Village of Park Forest
Attn: Bankruptcy Dept.
350 Victory Dr.
Park Forest IL 60466

Municipal Coll. of America
Bankruptcy Dept.
3348 Ridge Rd.
Lansing IL 60438

Village of Richton Park
Attn: Bankruptcy Dept.
4455 Sauk Trail
Richton Park IL 60471

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 15-33997 |
|    Jabbar Goodson | ) | | |
|       Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | LaShonda A. Hunt |

## MOTION TO MODIFY CONFIRMED PLAN

NOW COMES the Debtor, Mr. Jabbar Goodson (the "Debtor"), by and through his attorneys, Geraci Law L.L.C., to present his **MOTION TO MODIFY CONFIRMED PLAN,** and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed his Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 10/06/2015.

3. The Debtor's plan was confirmed by the Court on 02/03/2016.

4. The Debtor fell behind on his Chapter 13 plan payments because he was off work to care for his mother who was ill.

5. The Debtor has returned to work and is able to resume plan payments, however he is unable to cure the default.

6. For the reasons stated above, it is necessary for the successful completion of the Debtor's plan to defer the arrears to the end of the plan term.

WHEREFORE THE DEBTOR, Mr. Jabbar Goodson, respectfully requests this Honorable Court enter an order:

1. Deferring arrears to the end of the plan term,

2. Any other relief the court deems proper.

**By:** ___/s/ Dale Riley___
Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph): 312.332.1800 (Fax): 877.247.1960